No. 97–1215. FUENTES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–1224. SELTZER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 97–1225. VEST, DBA DOCTORS CLINIC v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–1227. MAGALLON ET AL. v. UNITED STATES; and
No. 97–7603. GONZALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 124 F. 3d 214.

No. 97–6220. WHREN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–6382. JACKSON v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 97–6457. MORTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6505. PHIPPS ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–6518. IGBONWA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–6610. BISHOP v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 97–6641. PEOPLES v. UNITED STATES; and
No. 97–6667. GREEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 119 F. 3d 1176.

No. 97–6669. VAN CLEAVE v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 97–6689. NOSKE v. UNITED STATES; and
No. 97–6781. NOSKE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 117 F. 3d 1053.

No. 97–6699. BAKR v. JOHNSON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.